## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| H. ALLEN OWEN, | ) | |
| | ) | |
| Plaintiff, | ) | 4:10CV3170 |
| | ) | |
| v. | ) | |
| | ) | |
| HPT PSC PROPERTIES TRUST, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED:

1)    The parties' joint motion to correct the defendant's name, (filing no. 12), is granted.

2)    The correct name of the defendant is and hereafter should be referred to as TA Operating, LLC d/b/a/ Petro Stopping Centers.

3)    All pleadings and orders submitted hereafter shall identify the defendant as TA Operating LLC d/b/a Petro Stopping Centers.

4)    The clerk shall modify the docket to correctly identify the defendant in accordance with this order.

DATED this 25th day of October, 2010.

BY THE COURT:

_s/ Cheryl R. Zwart_____
United States Magistrate Judge