IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| H. ALLEN OWEN, | ) | |
| | ) | |
| Plaintiff, | ) | 4:10CV3170 |
| | ) | |
| v. | ) | |
| | ) | MEMORANDUM AND ORDER |
| TA OPERATING, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

The parties' joint motion to continue, (filing no. 22), is granted, and the progression order for this case is modified as follows:

a. A jury trial is set to commence on **March 19, 2012**. No more than three days are allocated to the trial of this case and counsel shall plan accordingly. This case is subject to the prior trial of criminal cases and such other civil cases as may be scheduled for trial before this one.

b. The pretrial conference will be held before the undersigned magistrate judge on **March 1, 2012 at 9:00 a.m.** Counsel shall email a draft pretrial conference order to zwart@ned.uscourts.gov, in either MS Word or WordPerfect format, by 5:00 p.m. on February 28, 2012, and the draft order shall conform to the requirements of the local rules.

c. A telephonic status conference with the court will be held on **November 17, 2011 at 9:00 a.m.** to discuss the status of case progression and settlement. Counsel for the plaintiff shall arrange the call.

c. Plaintiff's Expert Witness Designations, with reports, shall be made by October 1, 2011. Defendant's Expert Witness Designations, with reports, shall be made by October 15, 2011.

e. Motions to Dismiss, Motions for Summary Judgment, or Motions to Exclude Expert Testimony on Daubert and related grounds shall be filed on or before November 30, 2011.

f. Motions in Limineshall be filed five business days prior to trial.

May 21, 2011

BY THE COURT:
*s/ Cheryl R. Zwart*
United States Magistrate Judge