IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| H. ALLEN OWEN, | ) | CASE NO. 4:10 CV03170 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| | ) | **GRANTING LEAVE TO DEPOSE** |
| -vs- | ) | **ANDREW GRASON** |
| | ) | |
| TA OPERATING LLC d/b/a | ) | |
| PETRO STOPPING CENTERS, | ) | |
| | ) | |
| Defendant. | ) | |

**WHEREFORE**, the parties having agreed to and good cause having been shown, the Court hereby grants Defendant's Motion for Leave to Depose Andrew Grayson at the Madison County Penal Farm, 1524 Westover Rd., Jackson, Tennessee with said deposition commencing at 12:30 p.m. on August 11, 2011.

**IT IS SO ORDERED**.

DATED 1st July, 2011

BY THE COURT:

s/ Cheryl R. Zwart
Cheryl R. Zwart
United States Magistrate Judge