IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| H. ALLEN OWEN, | ) | CASE NO. 4:10 CV03170 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **PROPOSED** |
| | ) | **SECOND AMENDED** |
| -vs- | ) | **SCHEDULING ORDER** |
| | ) | |
| TA OPERATING LLC d/b/a | ) | |
| PETRO STOPPING CENTERS, | ) | |
| | ) | |
| Defendant. | ) | |

**WHEREFORE**, with the parties' agreement, and good cause having been shown, the Court finds the June 7, 2011 Scheduling Order should be amended to extend the deadlines by approximately six months.

**IT IS SO ORDERED** that the June 7, 2011 Scheduling Order is hereby amended as follows:

a. Trial: September 10, 2012.

b. A Pre-trial Scheduling Conference: August 23, 2012 at 11:00 a.m. One – half hour is allocated to this conference. Counsel shall email a draft pretrial conference order to zwart@ned.uscourts.com, in either MS Word or Word Perfect format, by 5:00 p.m. on August 21, 2012 and the draft order shall conform to the requirements of the local rules.

c. Plaintiff's Expert Witness Designations: March 23, 2012.

d. Defendant's Expert Witness Designations: May 23, 2012.

e. Motions to Dismiss, Motions for Summary Judgment, or Motions to Exclude Expert Testimony on *Daubert* and related grounds: August 8, 2012.

f. Motions in Limine: five business days prior to trial.

DATED this 31st day of December, 2011.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge